## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| **NATIONAL UNION FIRE** | § | |
| **INSURANCE COMPANY OF** | § | |
| **PITTSBURGH, P.A.,** | § | |
| Plaintiff | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 4:15-cv-586** |
| | § | |
| **WAUSAU UNDERWRITERS** | § | |
| **INSURANCE CO., AND LIBERTY** | § | |
| **MUTUAL GROUP, INC.,** | § | |
| Defendants | § | |

### NOTICE OF REMOVAL OF ACTION
### UNDER 28 U.S.C. §§ 1332 and 1441(b) (DIVERSITY)

TO THE HONORABLE JUDGE OF SAID COURT:

Defendants Wausau Underwriters Insurance Company and Liberty Mutual Group Inc. (collectively, "Wausau")[1] hereby petition this Court pursuant to 28 U.S.C. §§ 1332, 1441, and 1446 for removal, on the basis of diversity jurisdiction, to the United States District Court for the Northern District of Texas, Fort Worth Division, of the action styled *National Union Fire Insurance Company of Pittsburgh, P.A. v. Wausau Underwriters Insurance Co and Liberty Mutual Group, Inc.*; Cause No. 141-279513-15, currently pending in the 141st Judicial District Court of Tarrant County, Texas (the "State Court Case"), and in support thereof would respectfully show this Court as follows:

### I.
### FACTS

1.     Plaintiff National Union and Defendant Wausau are the excess and primary commercial liability insurance carriers, respectively, for named insured Wasco Products, Inc.

---

[1] Wausau Underwriters is a member of the Liberty Mutual Group and is the entity that issued the insurance policy in dispute.  Wausau Underwriters and Liberty Mutual Group will be referred to individually when necessary.

Wasco Products was sued in a case styled: *Landers v. Wasco Products, Inc., et al.*; Cause No. 48-257207-1, in the 48th Judicial District Court of Tarrant County, Texas ("Underlying Lawsuit"). The jury returned a verdict in the Underlying Lawsuit, finding Wasco Products forty-five percent (45%) responsible on a damages award of $33,839,900.00.[2] Plaintiff National Union filed suit in the State Court Case on June 30, 2015, seeking a declaration that Wausau is liable for any judgment in excess of Wausau's policy limits of $1,000,000 per occurrence because Wausau failed to settled the Underlying Lawsuit when it had the opportunity to do so. National Union's policy limits are $10,000,000. National Union asserts that it is entitled to this declaration under a theory of equitable subrogation. Wausau denies National Union's allegations and claims for relief.

2.     Defendants Wausau Underwriters and Liberty Mutual Group were both served with National Union's Petition and citation on July 6, 2015.     Both Defendants filed their Original Answers on July 24, 2015. A true and correct copy of all pleadings, process, orders, and correspondence served in this action is attached hereto as Exhibit "A" and incorporated herein by reference.

3.     Plaintiff seeks to "hold[] Wausau and Liberty Mutual responsible for all funds paid in excess of the Primary Policy's limits." Petition ¶ 5.9.  In an action for declaratory relief, the amount in controversy is "the value of the right to be protected or the extent of the injury to be prevented." *Hartford Ins. Grp. v. Lou-Con Inc.*, 293 F.3d 908, 910 (5th Cir. 2002) (internal citation omitted).  Based on the jury findings in the Underlying Lawsuit, National Union seeks protection of its $10,000,000 policy limits.

4.     Complete diversity exists between the Plaintiff and Defendants now as well as on

---

[2] The trial court has not rendered judgment yet in the Underlying Lawsuit.

the date of filing of the State Court Case.  Plaintiff is a citizen and resident of the State of Pennsylvania with its principal place of business in New York, New York.  Petition ¶ 2.1. Defendant Wausau Underwriters is an insurance company incorporated in Wisconsin with its principal place of business in Massachusetts.  Defendant Liberty Mutual Group is a citizen of Massachusetts with its principal place of business in Massachusetts.

5.     Plaintiff has not made a jury demand in the State Court Case.

6.     This action is a civil action which may be removed to this Court by Defendants pursuant to the provisions of 28 U.S.C. §§ 1441(a) and 1332(a) in that it is between citizens of different states; it is a civil action wherein the matter in controversy exceeds the sum of $75,000.00, exclusive of interests and costs; and no Defendant is a citizen of the State of Texas.

## II.
## PROCEDURAL REQUIREMENTS

7.     Pursuant to 28 U.S.C. § 1446(d), written notice of filing of this Notice will be given to all adverse parties promptly after the filing of this Notice.

8.     Pursuant to 28 U.S.C. § 1446(d), a true and correct copy of this Notice will be filed with the clerk of the 141st Judicial District Court of Tarrant County, Texas, promptly after the filing of this Notice.

9.     Attached hereto and incorporated herein, are the following items:

Exhibit A:   A true and correct copy of all pleadings, process, and orders served in this action.

Exhibit B:   State Court Case docket sheet.

Exhibit C:   List of all counsel of record.

Exhibit D:   Index of all documents filed with the Court.

WHEREFORE, PREMISES CONSIDERED, Defendants Wausau Underwriters Insurance Company and Liberty Mutual Insurance Group Inc. request that this action be removed from the 141st Judicial District Court of Tarrant County, Texas, to the United States District Court for the Northern District of Texas, Fort Worth Division, and that this Court enter such further orders as may be necessary and appropriate.

Respectfully submitted,

**HANNA & PLAUT, L.L.P.**
211 East Seventh Street, Suite 600
Austin, Texas 78701
Telephone:    (512) 472-7700
Facsimile:     (512) 472-0205

By: */s/ Catherine L. Hanna*
Catherine L. Hanna
State Bar No. 08918280
Email: channa@hannaplaut.com
Eric S. Peabody
State Bar No. 00789539
Email: epeabody@hannaplaut.com

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2015, a true and correct copy of this document was filed via the Court's ECF system pursuant to LR5.1. The notice of electronic filing generated by the ECT system constitutes service of the document on counsel who are registered users of the system. Any other counsel of record will be served pursuant to FRCP 5(b) on this same date.

***Via Facsimile (713) 658-8253***
Chester J. Makowski
C. Scott Kinzel
Plavnicky Kinzel Makowski LLP
5300 Memorial Drive, Suite 675
Houston, Texas 77007
*Attorneys for Plaintiff*

/s/ Catherine L. Hanna
Catherine L. Hanna

# EXHIBIT "A"

## CIVIL CASE INFORMATION SHEET
141-279513-15

CAUSE NUMBER *(FOR CLERK USE ONLY):* _____   COURT *(FOR CLERK USE ONLY):* _____

STYLED _National Union Fire Insurance Company of Pittsburgh, PA vs. Wausau Underwriters Insurance Co. and Liberty Mutual Group, Inc._

*(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)*

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing.

| 1. Contact information for person completing case information sheet: | | Names of parties in case: | Person or entity completing sheet is: |
|---|---|---|---|
| Name:<br><br>Chester J. Makowski | Email:<br><br>makowski@pkmtexas.com | Plaintiff(s)/Petitioner(s):<br><br>National Union Fire Insurance<br>Company of Pittsburgh, PA | ☒ Attorney for Plaintiff/Petitioner<br>☐ *Pro Se* Plaintiff/Petitioner<br>☐ Title IV-D Agency<br>☐ Other: |
| Address:<br><br>5300 Memorial Drive, #675 | Telephone:<br><br>713-658-1111 | | Additional Parties in Child Support Case: |
| City/State/Zip:<br><br>Houston, Texas 77007 | Fax:<br><br>713-658-8253 | Defendant(s)/Respondent(s):<br><br>Wausau Underwriters Insurance Co<br><br>Liberty Mutual Group, Inc. | Custodial Parent:<br><br>Non-Custodial Parent: |
| Signature | State Bar No:<br><br>12852950 | *[Attach additional page as necessary to list all parties]* | Presumed Father: |

**2. Indicate case type, or identify the most important issue in the case *(select only 1):***

| Civil | | | Family Law | |
|---|---|---|---|---|
| | | | | **Post-judgment Actions (non-Title IV-D)** |
| **Contract** | **Injury or Damage** | **Real Property** | **Marriage Relationship** | |
| *Debt/Contract*<br>☐ Consumer/DTPA<br>☐ Debt/Contract<br>☐ Fraud/Misrepresentation<br>☐ Other Debt/Contract: | ☐ Assault/Battery<br>☐ Construction<br>☐ Defamation<br>*Malpractice*<br>☐ Accounting<br>☐ Legal | ☐ Eminent Domain/<br>   Condemnation<br>☐ Partition<br>☐ Quiet Title<br>☐ Trespass to Try Title<br>☐ Other Property: | ☐ Annulment<br>☐ Declare Marriage Void<br>*Divorce*<br>☐ With Children<br>☐ No Children | ☐ Enforcement<br>☐ Modification—Custody<br>☐ Modification—Other<br>**Title IV-D** |
| *Foreclosure*<br>☐ Home Equity—Expedited<br>☐ Other Foreclosure<br>☐ Franchise<br>☒ Insurance<br>☐ Landlord/Tenant<br>☐ Non-Competition<br>☐ Partnership<br>☐ Other Contract: | ☐ Medical<br>☐ Other Professional<br>   Liability:<br><br>☐ Motor Vehicle Accident<br>☐ Premises<br>*Product Liability*<br>☐ Asbestos/Silica<br>☐ Other Product Liability<br>   List Product:<br><br>☐ Other Injury or Damage: | **Related to Criminal Matters**<br>☐ Expunction<br>☐ Judgment Nisi<br>☐ Non-Disclosure<br>☐ Seizure/Forfeiture<br>☐ Writ of Habeas Corpus—<br>   Pre-indictment<br>☐ Other: | **Other Family Law**<br>☐ Enforce Foreign<br>   Judgment<br>☐ Habeas Corpus<br>☐ Name Change<br>☐ Protective Order<br>☐ Removal of Disabilities<br>   of Minority<br>☐ Other: | ☐ Enforcement/Modification<br>☐ Paternity<br>☐ Reciprocals (UIFSA)<br>☐ Support Order<br><br>**Parent-Child Relationship**<br>☐ Adoption/Adoption with<br>   Termination<br>☐ Child Protection<br>☐ Child Support<br>☐ Custody or Visitation<br>☐ Gestational Parenting<br>☐ Grandparent Access<br>☐ Parentage/Paternity<br>☐ Termination of Parental<br>   Rights<br>☐ Other Parent-Child: |
| **Employment** | **Other Civil** | | | |
| ☐ Discrimination<br>☐ Retaliation<br>☐ Termination<br>☐ Workers' Compensation<br>☐ Other Employment: | ☐ Administrative Appeal<br>☐ Antitrust/Unfair<br>   Competition<br>☐ Code Violations<br>☐ Foreign Judgment<br>☐ Intellectual Property | ☐ Lawyer Discipline<br>☐ Perpetuate Testimony<br>☐ Securities/Stock<br>☐ Tortious Interference<br>☐ Other: | | |

| Tax | Probate & Mental Health | |
|---|---|---|
| ☐ Tax Appraisal<br>☐ Tax Delinquency<br>☐ Other Tax | *Probate/Wills/Intestate Administration*<br>☐ Dependent Administration<br>☐ Independent Administration<br>☐ Other Estate Proceedings | ☐ Guardianship—Adult<br>☐ Guardianship—Minor<br>☐ Mental Health<br>☐ Other: |

**3. Indicate procedure or remedy, if applicable *(may select more than 1):***

| | | |
|---|---|---|
| ☐ Appeal from Municipal or Justice Court<br>☐ Arbitration-related<br>☐ Attachment<br>☐ Bill of Review<br>☐ Certiorari<br>☐ Class Action | ☒ Declaratory Judgment<br>☐ Garnishment<br>☐ Interpleader<br>☐ License<br>☐ Mandamus<br>☐ Post-judgment | ☐ Prejudgment Remedy<br>☐ Protective Order<br>☐ Receiver<br>☐ Sequestration<br>☐ Temporary Restraining Order/Injunction<br>☐ Turnover |

**4. Indicate damages sought (*do not select if it is a family law case*):**

☐ Less than $100,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees
☐ Less than $100,000 and non-monetary relief
☐ Over $100, but not more than $200,000
☐ Over $200,000 but not more than $1,000,000
☒ Over $1,000,000

Rev 2/13

141-279513-15

FILED
TARRANT COUNTY
6/30/2015 1:32:37 PM
THOMAS A. WILDER
DISTRICT CLERK

CAUSE NO.: _____

| | | |
|---|---|---|
| NATIONAL UNION FIRE | § | IN THE DISTRICT COURT OF |
| INSURANCE COMPANY OF | § | |
| PITTSBURGH, PA., | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| vs. | § | |
| | § | |
| | § | TARRANT COUNTY, TEXAS |
| WAUSAU UNDERWRITERS | § | |
| INSURANCE CO.  AND | § | |
| LIBERTY MUTUAL GROUP, INC., | § | |
| | § | |
| Defendants | § | _____ JUDICIAL DISTRICT |

## ORIGINAL PETITION FOR DECLARATORY JUDGMENT

TO THE JUDGE OF THIS COURT:

The Plaintiff, National Union Fire Insurance Company of Pittsburgh, Pa. ("National Union"), files this original complaint for declaratory relief pursuant to the Texas Declaratory Judgment Act, and all other applicable law, and in support thereof, would respectfully show as follows:

## I. DISCOVERY

**1.1**    National Union requests that discovery be conducted under Level 3 of Rule 190.3 of the Texas Rules of Civil Procedure.

## II. PARTIES

**2.1**    The Plaintiff, National Union, is an insurance company incorporated in the State of Pennsylvania, with its principal place of business at 175 Water Street, 18th Floor, New York, New York 10038.  National Union is an insurer authorized to do business in the State of Texas

141-279513-15

under Texas Department of Insurance Company No. 59500, and National Association of Insurance Commissioners No. 19445.

**2.2**   The Defendant, Wausau Underwriters Insurance Company, a member of the Liberty Mutual Group of Companies ("Wausau"), is an insurance company incorporated in the State of Missouri with its principal place of business at 175 Berkeley Street, Boston, Massachusetts 02116-5066, Texas Department of Insurance Company No. 93527, and National Association of Insurance Commissioners No. 26042, and authorized to engage in the business of insurance in Texas.

**2.3**   The Defendant, Liberty Mutual Group, Inc. ("Liberty Mutual") is an insurance company incorporated in the State of Massachusetts with its principal place of business at 175 Berkeley Street, Boston, Massachusetts 02116-5066.

### III.  SERVICE

**3.1**   According to the Texas Department of Insurance, Wausau may be served with process as follows:

> Corporation Service Company
> 211 East 7th Street, Suite 620
> Austin, Texas 78701 -3218

**3.2**   Liberty Mutual may be served with process as follows:

> Corporation Service Company
> 211 East 7th Street, Suite 620
> Austin, Texas 78701 -3218

### IV.  JURISDICTION AND VENUE

**4.1**   This Court has personal and subject matter jurisdiction as the Defendants do business in Tarrant County, and the underlying lawsuit which is the subject of this action is pending in Tarrant County, and the matter in controversy exceeds, exclusive of interest and

costs, the jurisdictional limits of this Court.  This action also is brought pursuant to the Texas

Declaratory Judgment Act, Chapter 37 of the Texas Civil Practice and Remedies Code.

**4.2**     Venue of this action in this Court is proper because the Defendants have done

business in this District and are subject to personal jurisdiction in this District.

## V.  FACTUAL BACKGROUND AND LEGAL POSITION

**5.1**     Wasco Products, Inc. ("Wasco") was sued by Steven Landers in the 48th Judicial

District Court of Tarrant County, Texas under Cause No. 48-257207-1, and styled *Landers v.*

*Wasco Products, Inc., et al.* ("the Underlying Lawsuit").

**5.2**     Wausau issued a primary commercial general liability policy listing Wasco

Products, Inc. as the named inured under Policy No. YVJ-Z91-531699-030, with coverage

commencing on 1 July 2010, and ending on 1 July 2011, providing a general aggregate limit of

$2,000,000 with $2,000,000 aggregate for products/completed operations and $1,000,000 in

coverage per occurrence ("the Primary Policy").

**5.3**     National Union issued an excess commercial liability policy to Wasco Products,

Inc. under Policy No. 010173035 commencing on 1 July 2010, and ending on 1 July 2011,

providing $10,000,000 in coverage in excess of the Wausau policy's primary aggregate limits of

$2,000,000 coverage for products/completed operations and $1,000,000 in coverage per

occurrence.

**5.4**     Tony Dante, Senior Technical Claim Specialist at Liberty Mutual Group, Inc. at

its Lawrenceville, Georgia office, was handling the claim for Wausau.

**5.5**     National Union repeatedly requested that Wausau and Liberty Mutual settle the

Lawsuit within its primary limits; however, Wausau and Liberty Mutual have failed to do so.  In

141-279513-15

fact, by a letter dated 17 March 2015, National Union noted that there was a mediator's proposal to settle the case for $375,000 which was rejected by Wausau and Liberty Mutual.

**5.6**     Thereafter, the Underlying Lawsuit was tried to a jury which rendered a verdict in the amount of $33,839,900, wherein Wasco was found to be 45% responsible.

**5.7**     After the verdict, National Union sent a letter dated 3 May 2015 to the Defendants once again requesting that they settle the Underlying Lawsuit within the primary limits.  National Union issued the letter on the basis that a primary insurer has a duty, under a theory of equitable subrogation to the excess carrier, to accept reasonable settlement offers within primary policy limits. *American Centennial Ins. Co. v. Canal Ins. Co.*, 843 S.W.2d 480, 483-85 (Tex. 1992). National Union further stated that it was issuing its letter without waiving its rights of equitable subrogation as set forth above.  *See, e.g., Westchester Fire Ins. Co. v. Admiral Ins. Co.*, 152 S.W.3d 172 (Tex. App.–Fort Worth 2004, rev. denied).

**5.8**     Wausau and Liberty Mutual failed to settle the Underlying Lawsuit.

**5.9**     Pursuant to *American Centennial Ins. Co. v. Canal Ins. Co.*, 843 S.W.2d 480, 483-85 (Tex. 1992), National Union is pursuing its claim under the theory of equitable subrogation for Wausau's and Liberty Mutual's failure to accept reasonable settlement offers within primary policy limits, and hereby holds Wausau and Liberty Mutual responsible for all funds paid in excess of the Primary Policy's limits.

## VI.  CLAIM FOR DECLARATORY RELIEF AND OTHER DAMAGES

**6.1**     An actual controversy has arisen and now exists between the parties relating to Wausau's failure to settle the Underlying Lawsuit within the Primary Policy's limits. Declaratory judgment is, therefore, necessary and National Union requests a declaration of its rights under the theory of equitable subrogation. National Union requests a declaration from this

141-279513-15

Court that Wausau and Liberty Mutual are financially responsible for the judgment in excess of the Primary Policy's limits for its failure to settle the case when it had the opportunity to do so, but failed to.

**6.2**     National Union has retained the law firm of Plavnicky Kinzel Makowski LLP to represent it in this action, and National Union has agreed to pay the firm reasonable and necessary attorneys' fees and expenses. An award of these reasonable and necessary attorneys' fees and expenses incurred by National Union would be equitable and just, and National Union seeks recovery of them pursuant to this declaratory judgment action.

## VII. <u>CONCLUSION AND PRAYER</u>

National Union Fire Insurance Company of Pittsburgh, Pa. respectfully prays that Wausau Underwriters Insurance Company and Liberty Mutual Group, Inc. be cited to appear herein, and that on final hearing hereof, National Union Fire Insurance Company of Pittsburgh, Pa. be awarded a judgment against Wausau Underwriters Insurance Company and Liberty Mutual Group, Inc. declaring that Wausau Underwriters Insurance Company and Liberty Mutual Group, Inc. are financially responsible for the judgment in excess of the Primary Policy's limits for their failure to settle the Underlying Lawsuit when it had the opportunity to do so, but failed to, and to all other relief that National Union Fire Insurance Company of Pittsburgh, Pa. may show itself justly entitled to both in law and in equity.

Respectfully submitted,

*/s/ Chester J. Makowski*
Chester J. Makowski
Texas State Bar No. 12852950
Email: makowski@pkmtexas.com

C. Scott Kinzel
Texas State Bar No. 00785499
Email: kinzel@pkmtexas.com

141-279513-15

PLAVNICKY KINZEL MAKOWSKI LLP
5300 Memorial Drive, Suite 675
Houston, Texas 77007
Telephone: 713.658.1111
Fax: 713.658.8253

**ATTORNEYS FOR THE PLAINTIFF**
**NATIONAL UNION FIRE INSURANCE COMPANY OF**
**PITTSBURGH, PA.**

141-279513-15

# THOMAS A. WILDER, DISTRICT CLERK
## TARRANT COUNTY E-FILING SERVICE REQUEST FORM
* This document MUST be filed as a LEAD DOCUMENT REQUEST for E-Filing.

**Cause No:**

**Style of Case:** National Union Fire Insurance Company of Pittsburgh, PA vs. Wausau Underwriters Insurance Co. and Liberty Mutual Group, Inc.

Please reference the Distict Clerk web page, www.tarrantcounty.com/eDistrictClerk for the following forms: Abstracts, Executions, Subpoenas.

**Choose the type of service documents for issuance and select the type and quantity of issuance(s) needed.**

[✓] **Check box if you would like the District Clerk's Office to make copies for your service.** (add $.35 per page per pleading for copies for service)

| Quantity | Type of Service | TC Constable | Alternatvie Service (Private Process or Out of County) | Certified Mail |
|---|---|---|---|---|
| | Citation by Publication | | | |
| | Citation by Posting | | | |
| 2 | Citation | ✓ | | ✓ |
| | TRO | | | |
| | Show Cause | | | |
| | Capias | | | |
| | Arrest Warrant | | | |
| | Protective Order | | | |
| | Writ of Habeas | | | |
| | Writ of Attachment | | | |
| | Bench Warrant | | | |
| | Writ of Garnishment | | | |
| | Writ of Permanent Injunction | | | |
| | Writ of Temporary Injunction | | | |
| | | | | |
| | | | | |
| | | | | |

Name of Party to be served: **Wausau Underwriters Insurance Co.** Service Type: **Citation**
Address for Service: **See next page for Address** Party Type: **Defendant**

Name of Party to be served: **Liberty Mutual Group, Inc.** Service Type: **Citation**
Address for Service: **See next page for Address** Party Type: **Defendant**

Name of Party to be served: _____ Service Type: _____
Address for Service: _____ Party Type: _____

Attach additional pages if there are more parties to be served.

**ATTORNEY(OR ATTORNEY'S AGENT) REQUESTING SERVICE:**
NAME: **Chester J. Makoswki** TEXAS BAR NO./ID NO. **12852950**
MAILING ADDRESS: **Plavnicky Kinzel Makowski LLP, 5300 Memorial Drive, # 675, Houston, TX 77007**
PHONE NO.: **713-658-1111** FAX NO.: **713-658-8253**

EMAIL ADDRESS: **makowski@pkmtexas.com**

REVISED 12/20/13

141-279513-15

1. **Name of Party to be served**:  WAUSAU UNDERWRITERS INSURANCE CO.

   **Address for Service:**          Corporation Service Company
                                     211 East 7th Street, Suite 620
                                     Austin, Texas  78701-3218


2. **Name of Party to be served**:  LIBERTY MUTUAL GROUP, INC.

   **Address for Service:**          Corporation Service Company
                                     211 East 7th Street, Suite 620
                                     Austin, Texas  78701-3218

S E R V I C E    R E P O R T
(Certified Mail Only)

Cause Number: 141-279513-15

Party Name  : WAUSAU UNDERWRITERS INSURANCE CO.

This service of process is being returned __EXECUTED__ for
the following reason:

Date: 07/09/2015                          Service Fee:    0.00

_Stacie Reynolds_
Deputy District Clerk

THOMAS A. WILDER
DISTRICT CLERK
15 JUL -9  PM 4: 50
FILED
TARRANT COUNTY

---

| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. ■ Print your name and address on the reverse so that we can return the card to you. ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  X _____  ☐ Agent  ☐ Addressee  B. Received by (Printed Name)   C. Date of Delivery  JUL 06 2015 |
| 1. Article Addressed to: | D. Is delivery address different from item 1?  ☐ Yes  If YES, enter delivery address below:  ☐ No |
| 141-279513-15 CM  WAUSAU UNDERWRITERS INSURANCE CO  B/S CORPORATION SERVICE COMPANY  211 E 7TH ST STE 620  AUSTIN, TX 78701-3218 | DISTRICT CLERK  THOMAS A. WILDER |
| | 3. Service Type  ☑ Certified Mail®  ☐ Priority Mail Express™  ☐ Registered  ☐ Return Receipt for Merchandise  ☐ Insured Mail  ☐ Collect on Delivery  4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7013 0600 0002 0399 0815 |
| PS Form 3811, July 2013 | Domestic Return Receipt |

## THE STATE OF TEXAS
### DISTRICT COURT, TARRANT COUNTY

*CITATION*                    *Cause No. 141-279513-15*

NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURG
VS.
WAUSAU UNDERWRITERS INSURANCE CO., ET AL

### TO: WAUSAU UNDERWRITERS INSURANCE CO.

B/S CORPORATION SERVICE COMPANY REG AGT 211 E 7TH ST STE 620 AUSTIN, TX
78701-3218

You said DEFENDANT are hereby commanded to appear by filing a written answer to the ORIGINAL PETITION FOR DECLARATORY
JUDGMENT at or before 10 o'clock A.M. of the Monday next after the expiration of 20 days after the date of service
hereof before the 141st District Court in and for Tarrant County, Texas, at the Courthouse in the City of Fort Worth,
Tarrant County, Texas said PLAINTIFF being

NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURG

Filed in said Court on  June 30th, 2015 Against
WAUSAU UNDERWRITERS INSURANCE CO., LIBERTY MUTUAL GROUP INC.

For suit, said suit being numbered 141-279513-15 the nature of which demand is as shown on said
ORIGINAL PETITION FOR DECLARATORY JUDGMENT  a copy of which accompanies this citation.

---

CHESTER MAKOWSKI
Attorney for NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURG P
Address    5300 MEMORIAL DR STE 675 HOUSTON, TX 77007

_____Thomas A. Wilder_____ , Clerk of the District Court of Tarrant County, Texas. Given under my hand and the seal
of said Court, at office in the City of Fort Worth, this the 1st day of July, 2015.

By _____ Deputy
KIMBERLY KRUMLAND

NOTICE: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the
clerk who issued this citation by 10:00 AM. on the Monday next following the expiration of twenty days after you were
served this citation and petition, a default judgment may be taken against you.

Thomas A. Wilder, Tarrant County District Clerk, 200 E WEATHERFORD, FORT WORTH TX 76196-0402

---

### OFFICER'S RETURN

Received this Citation on the _____ day of _____, _____ at _____ o'clock ___M; and executed at
_____ within the county of _____, State of _____ at _____ o'clock ___M
on the _____ day of _____, _____ by mailing to the within named _____

a true copy of this Citation together with the accompanying copy of ORIGINAL PETITION FOR DECLARATORY JUDGMENT  having
first endorsed on same the date of delivery.

_____

Deputy/Constable/Sheriff: _____

County of _____ State of _____ By _____ Deputy

Fees $_____

State of _____ County of _____ (Must be verified if served outside the State of Texas)

Signed and sworn to by the said _____ before me this _____ day of _____, ____

to certify which witness my hand and seal of office
(Seal)                                         _____

County of _____, State of _____

## *CITATION*

Cause No. 141-279513-15

**NATIONAL UNION FIRE
INSURANCE COMPANY OF PITTSBURG**

     **VS.**

**WAUSAU UNDERWRITERS
INSURANCE CO., ET AL**

     **ISSUED**

This 1st day of July, 2015

     Thomas A. Wilder
     Tarrant County District Clerk
       200 E WEATHERFORD
     FORT WORTH TX 76196-0402

By     KIMBERLY KRUMLAND Deputy

CHESTER MAKOWSKI
Attorney for: NATIONAL UNION FIRE INSURANCE COMPANY OF PITTS
Phone No. (713)658-6581
ADDRESS: 5300 MEMORIAL DR STE 675

     HOUSTON, TX 77007

    *CIVIL LAW*





*14127951315000007*

DISTRICT CLERK
THOMAS A. WILDER
15 JUL -9 PM 4:40
TARRANT COUNTY
FILED

S E R V I C E   R E P O R T
(Certified Mail Only)

Cause Number: 141-279513-15

Party Name  : LIBERTY MUTUAL GROUP INC.

This service of process is being returned  UNDERLINED: EXECUTED  for
the following reason:

Date: 07/09/2015                    Service Fee:   0.00

_Stacci Reynolds_
Deputy District Clerk

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

141-279513-15 CM
LIBERTY MUTUAL GROUP INC
B/S CORPORATION SERVICE COMPANY
211 E 7TH ST STE 620
AUSTIN, TX 78701-3218

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  □ Agent
       Chris Salzan          □ Addressee

B. Received by (Printed Name)   C. Date of Delivery
                                JUL 06 2015

D. Is delivery address different from Item 1?  □ Yes
   If YES, enter delivery address below:       □ No

THOMAS A. WILDER
DISTRICT CLERK

3. Service Type
   □ Certified Mail   □ Priority Mail Express™
   □ Registered       □ Return Receipt for Merchandise
   □ Insured Mail     □ Collect on Delivery

4. Restricted Delivery? (Extra Fee)   □ Yes

2. Article Number     7013 0600 0002 0399 0822
   (Transfer from s

PS Form 3811, July 2013        Domestic Return Receipt

THE STATE OF TEXAS
DISTRICT COURT, TARRANT COUNTY

*CITATION*          *Cause No. 141-279513-15*

NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURG
VS.
WAUSAU UNDERWRITERS INSURANCE CO., ET AL

TO: LIBERTY MUTUAL GROUP INC.

B/S CORPORATION SERVICE COMPANY REG AGT 211 E 7TH ST STE 620 AUSTIN, TX
78701-3218

You said DEFENDANT are hereby commanded to appear by filing a written answer to the ORIGINAL PETITION FOR DECLARATORY
JUDGMENT at or before 10 o'clock A.M. of the Monday next after the expiration of 20 days after the date of service
hereof before the 141st District Court in and for Tarrant County, Texas, at the Courthouse in the City of Fort Worth,
Tarrant County, Texas said PLAINTIFF being

NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURG

Filed in said Court on  June 30th, 2015 Against
WAUSAU UNDERWRITERS INSURANCE CO., LIBERTY MUTUAL GROUP INC.

For suit, said suit being numbered 141-279513-15 the nature of which demand is as shown on said
ORIGINAL PETITION FOR DECLARATORY JUDGMENT  a copy of which accompanies this citation.

CHESTER MAKOWSKI
Attorney for NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURG P
Address    5300 MEMORIAL DR STE 675 HOUSTON, TX 77007

_____Thomas A. Wilder_____ , Clerk of the District Court of Tarrant County, Texas. Given under my hand and the seal
of said Court, at office in the City of Fort Worth, this the 1st day of July, 2015.
                                    By _____ Deputy
                                              KIMBERLY KRUMLAND

NOTICE: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the
clerk who issued this citation by 10:00 AM. on the Monday next following the expiration of twenty days after you were
served this citation and petition, a default judgment may be taken against you.
    Thomas A. Wilder, Tarrant County District Clerk, 200 E WEATHERFORD, FORT WORTH TX 76196-0402

OFFICER'S RETURN

Received this Citation on the _____ day of _____, _____ at _____ o'clock ___M; and executed at
_____ within the county of _____, State of _____ at _____ o'clock ___M
on the _____ day of _____, _____ by mailing to the within named _____

a true copy of this Citation together with the accompanying copy of ORIGINAL PETITION FOR DECLARATORY JUDGMENT  having
first endorsed on same the date of delivery.

_____

_____ Deputy/Constable/Sheriff: _____
County of _____ State of _____   By _____ Deputy
Fees $_____            _____
State of _____ County of _____    (Must be verified if served outside the State of Texas)
Signed and sworn to by the said _____ before me this _____ day of _____, _____
to certify which witness my hand and seal of office
(Seal)                                   _____
                         County of _____, State of _____

## *CITATION*

Cause No. 141-279513-15

**NATIONAL UNION FIRE
INSURANCE COMPANY OF PITTSBURG**

VS.

**WAUSAU UNDERWRITERS
INSURANCE CO., ET AL**

ISSUED

This 1st day of July, 2015

Thomas A. Wilder
Tarrant County District Clerk
200 E WEATHERFORD
FORT WORTH TX 76196-0402

By        KIMBERLY KRUMLAND Deputy

CHESTER MAKOWSKI
Attorney for: NATIONAL UNION FIRE INSURANCE COMPANY OF PITTS
Phone No. (713)658-6581
ADDRESS: 5300 MEMORIAL DR STE 675

HOUSTON, TX 77007

## *CIVIL LAW*



*14127951315000008*



THOMAS A. WILDER
DISTRICT CLERK

15 JUL -9 PM 4:40

FILED
TARRANT COUNTY

141-279513-15

FILED
TARRANT COUNTY
7/24/2015 10:43:47 AM
THOMAS A. WILDER
DISTRICT CLERK

## CAUSE NO. 141-279513-15

| | | |
|---|---|---|
| NATIONAL UNION FIRE | § | IN THE DISTRICT COURT |
| INSURANCE COMPANY OF | § | |
| PITTSBURGH, P.A., | § | |
|     Plaintiff | § | |
| | § | |
| v. | § | TARRANT COUNTY, TEXAS |
| | § | |
| WAUSAU UNDERWRITERS | § | |
| INSURANCE CO. AND LIBERTY | § | |
| MUTUAL GROUP, INC., | § | |
|     Defendants | § | 141ST JUDICIAL DISTRICT |

## DEFENDANTS' ORIGINAL ANSWER AND VERIFIED DENIAL

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Defendants Wausau Underwriters Insurance Company and Liberty Mutual Group Inc. and file this Original Answer and Verified Denial to Plaintiff's Original Petition for Declaratory Judgment and for such would respectfully show the Court the following:

### I.
### GENERAL DENIAL

Pursuant to TEX. R. CIV. P. 92, Defendants deny each and every, all and singular, the allegations set forth in Plaintiff's Original Petition for Declaratory Judgment and demand strict proof thereof by a preponderance of the evidence at the final trial of this case.

### II.
### VERIFIED DENIAL

Pursuant to the provisions of Rule 93 of the Texas Rules of Civil Procedure, Defendant Liberty Mutual Group Inc. denies that it is a proper party to this lawsuit on the grounds that it did not issue the relevant insurance policy to Plaintiff in this case. The insurance policy at issue in this lawsuit was issued by Wausau Underwriters Insurance Company.

141-279513-15

WHEREFORE, PREMISES CONSIDERED, Defendants Wausau Underwriters Insurance Company and Liberty Mutual Group Inc. respectfully pray that upon final hearing hereof, Plaintiff National Union Fire Insurance Company of Pittsburgh, P.A. take nothing by reason of this action, that Defendants be awarded their costs of court, and for such other and further relief to which they may show themselves justly entitled.

Respectfully submitted,

**HANNA & PLAUT, L.L.P.**
211 East Seventh Street, Suite 6000
Austin, Texas 78701
Telephone:     (512) 472-7700
Facsimile:     (512) 472-0205

By: _____
    Catherine L. Hanna
    State Bar No. 08918280
    Email:  channa@hannaplaut.com
    Eric S. Peabody
    State Bar No. 00789539
    Email:  epeabody@hannaplaut.com

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been delivered by e-service and/or facsimile on this ___24th___ day of July, 2015 to:

***Via Facsimile (713) 658-8253***
Chester J. Makowski
C. Scott Kinzel
Plavnicky Kinzel Makowski LLP
5300 Memorial Drive, Suite 675
Houston, Texas  77007
*Attorneys for Plaintiff*

_____
Catherine L. Hanna

141-279513-15

## **VERIFICATION**

STATE OF TEXAS      §
                                §
COUNTY OF TRAVIS    §

     BEFORE ME, the undersigned authority in and for the State of Texas, on this day personally appeared Catherine L. Hanna known to me to be the same person whose name is subscribed hereto, who being first duly sworn in the manner provided by law on oath stated that she is duly qualified to make this affidavit on behalf of Liberty Mutual Group Inc., one of the Defendants in the above-entitled and numbered cause, that she has read Paragraph II of the Original Answer and Verified Denial and the matters stated therein are within her personal knowledge and are true and correct.



Catherine L. Hanna

     SUBSCRIBED AND SWORN TO BEFORE ME, the undersigned authority, on this 24th day of July, 2015, to certify which witness my hand and official seal of office.

LISA MARIE PETRIE
Notary Public, State of Texas
My Commission Expires
AUGUST 20, 2016

Notary Public for the State of Texas

# EXHIBIT "B"

# Civil Docket          Discovery: 2      141-279513-15

Cause Of Action: OTHER CIVIL, OTHER

| | NAMES OF PARTIES | ATTORNEYS |
|---|---|---|

| Date Filed<br>06/30/2015 | NATIONAL UNION FIRE<br>INSURANCE COMPANY OF PITTSBURG | MAKOWSKI, CHESTER<br>5300 MEMORIAL DR STE 675 |
|---|---|---|
| Jury<br>Fee $ | vs. | HOUSTON, TX 77007<br>BarID: 12852950TX    Ph (713)658-6581   PLTF<br>Fax Ph |
| Paid<br>By | WAUSAU UNDERWRITERS<br>INSURANCE CO., ET AL | |

| Date of Orders | O R D E R S   O F   C O U R T | Was Steno Used? |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

141-279513-15

# EXHIBIT "C"

## LIST OF ALL COUNSEL OF RECORD

**Counsel for Plaintiff National Union Fire Insurance Company of Pittsburgh, P.C.**
Chester J. Makowski
C. Scott Kinzel
Plavnicky Kinzel Mackowski
5300 Memorial Dr., Ste. 675
Houston, Texas  77007
(713) 658-1111 (Telephone)
(713) 658-8253 (Facsimile)

**Counsel for Defendants Wausau Underwriters Insurance Company and Liberty Mutual Group Inc.**
Catherine L. Hanna
Eric S. Peabody
Hanna & Plaut, L.L.P.
211 East Seventh Street, Suite 600
Austin, Texas  78701
(512) 472-7700 (Telephone)
(512) 472-0205 (Facsimile)

# EXHIBIT "D"

## INDEX OF ALL DOCUMENTS FILED WITH THE COURT

1.    Notice of Removal of Action Under 28 U.S.C. §§ 1332 and 1441(a) (Diversity)

2.    True and correct copies of all pleadings, process and orders served in this action

3.    State Court Docket Sheet

4.    List of all Counsel of Record