IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| NATIONAL UNION FIRE § | | |
| INSURANCE COMPANY OF § | | |
| PITTSBURGH, P.A., § | | |
|     Plaintiff § | | |
| § | | |
| v. § | § | CIVIL ACTION NO. 4:15-cv-586 |
| § | | |
| WAUSAU UNDERWRITERS § | | |
| INSURANCE CO., AND LIBERTY § | | |
| MUTUAL GROUP, INC., § | | |
|     Defendants § | | |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants Wausau Underwriters Insurance Co. and Liberty Mutual Group, Inc. (collectively, "Wausau") move for summary judgment on all claims of Plaintiff National Union Fire Insurance Company of Pittsburgh, P.A. National Union's state court petition asserting its claims and Wausau's state court answer to those claims are the live pleadings and are contained in Exhibit A to the Notice of Removal [Doc. 1]. All matters required by Local Rule 56.3(a) are set forth in Wausau's brief in support of this motion.

WHEREFORE, PREMISES CONSIDERED, Defendants Wausau Underwriters Insurance Company and Liberty Mutual Group pray that the Court grant this Motion for Summary Judgment and declare that Defendants have no duty to indemnify Plaintiff National Union for the amounts it paid in excess of Wausau's primary limits to settle the underlying suit, and for such other relief to which Defendants may be justly entitled.

Respectfully submitted,

**HANNA & PLAUT, L.L.P.**
211 East Seventh Street, Suite 600
Austin, Texas 78701
Telephone: (512) 472-7700
Facsimile: (512) 472-0205


By: */s/ Catherine L. Hanna*
    Catherine L. Hanna
    State Bar No. 08918280
    Email: channa@hannaplaut.com
    Eric S. Peabody
    State Bar No. 00789539
    Email: epeabody@hannaplaut.com

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 11, 2016, a true and correct copy of this document was filed via the Court's ECF system pursuant to LR5.1. The notice of electronic filing generated by the ECT system constitutes service of the document on counsel who are registered users of the system. Any other counsel of record will be served pursuant to FRCP 5(b) on this same date.

**<u>Via Facsimile (713) 658-8253</u>**
Chester J. Makowski
C. Scott Kinzel
Plavnicky Kinzel Makowski LLP
5300 Memorial Drive, Suite 675
Houston, Texas 77007
*Attorneys for Plaintiff*

    */s/ Catherine L. Hanna*
    Catherine L. Hanna