IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, P.A., Plaintiff | § § § § § § | |
| v. | § § | CIVIL ACTION NO. 4:15-cv-586 |
| WAUSAU UNDERWRITERS INSURANCE CO., AND LIBERTY MUTUAL GROUP, INC., Defendants | § § § § § | |

## JOINT NOTICE OF SETTLEMENT

Plaintiff National Union Fire Insurance Company of Pittsburgh, P.A. and Defendants Wausau Underwriters Insurance Company and Liberty Mutual Group, Inc. file this Joint Notice of Settlement. The parties have agreed to a settlement and are working to memorialize the agreement. The parties estimate that the settlement will be complete within 45 days. The parties further request that the Court conditionally dismiss the case pending finalization of the settlement.

Defendants file this Notice with the consent of Plaintiff National Union Fire Insurance Company of Pittsburgh, P.A.'s undersigned counsel.

Respectfully submitted,

**PLAVNICKY KINZEL MAKOWSKI LLP**
5300 Memorial Drive, Suite 675
Houston, Texas 77007
Telephone: (713) 658-111
Facsimile: (713) 658-8253

By: /s/ *Chester J. Makowski*
    Chester J. Makowski
    State Bar No. 12852950
    Email: makowskiy@pkmtexas.com
    C. Scott Kinzel
    State Bar No. 00785499
    Email: Kinzel@pkmtexas.com

**ATTORNEYS FOR PLAINTIFF**

**HANNA & PLAUT, L.L.P.**
211 East Seventh Street, Suite 600
Austin, Texas 78701
Telephone: (512) 472-7700
Facsimile: (512) 472-0205

By: /s/ *Catherine L. Hanna*
    Catherine L. Hanna
    State Bar No. 08918280
    Email: channa@hannaplaut.com
    Eric S. Peabody
    State Bar No. 00789539
    Email: epeabody@hannaplaut.com

**ATTORNEYS FOR DEFENDANTS**