```
          IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF TEXAS
                   FORT WORTH DIVISION
```

NATIONAL UNION FIRE INSURANCE   §
COMPANY OF PITTSBURGH, P.A.     §
                                §
VS.                             §   CIVIL ACTION NO. 4:15-CV-586-Y
                                §
WAUSAU UNDERWRITERS INSURANCE   §
COMPANY                         §

### ORDER OF DISMISSAL

The parties have filed a joint notice of settlement in which they request that the Court conditionally dismiss all claims pending finalization of the settlement (doc. 25).

In accordance with the parties' request, all claims are hereby DISMISSED. The Court will delay entering final judgment in this case until **July 31, 2016**, or when the parties notify the Court that their settlement agreement has been finalized, whichever occurs first.

SIGNED June 17, 2016.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

TRM/ah