IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, P.A., Plaintiff | § § § § § | |
| v. | § § | CIVIL ACTION NO. 4:15-cv-586 |
| WAUSAU UNDERWRITERS INSURANCE CO., AND LIBERTY MUTUAL GROUP, INC., Defendants | § § § § § | |

### JOINT MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Plaintiff National Union Fire Insurance Company of Pittsburgh, P.A. ("Plaintiff") and Defendants Wausau Underwriters Insurance Company and Liberty Mutual Group, Inc. ("Defendants") and file this Joint Motion to Dismiss with Prejudice, and for cause would show the Court the following:

I.

Plaintiff and Defendants request that their claims against Defendants in this lawsuit be dismissed because the parties have compromised and settled their differences.

WHEREFORE, PREMISES CONSIDERED, Plaintiff National Union Fire Insurance Company of Pittsburgh, P.A. and Defendants Wausau Underwriters Insurance Company and Liberty Mutual Group, Inc. request that their claims against Defendants in the above-referenced cause be dismissed with prejudice to refile same, that all costs be assessed against the party incurring same, and for all other relief to which the parties have shown themselves justly entitled.

Respectfully submitted,

**PLAVNICKY KINZEL MAKOWSKI LLP**
5300 Memorial Drive, Suite 675
Houston, Texas 77007
Telephone: (713) 658-111
Facsimile: (713) 658-8253


By: /s/ *Chester J. Makowski*
    Chester J. Makowski
    State Bar No. 12852950
    Email: makowskiy@pkmtexas.com
    C. Scott Kinzel
    State Bar No. 00785499
    Email: Kinzel@pkmtexas.com

**ATTORNEYSFOR PLAINTIFF**

**HANNA & PLAUT, L.L.P.**
211 East Seventh Street, Suite 600
Austin, Texas 78701
Telephone: (512) 472-7700
Facsimile: (512) 472-0205


By: /s/ *Catherine L. Hanna*
    Catherine L. Hanna
    State Bar No. 08918280
    Email: channa@hannaplaut.com
    Eric S. Peabody
    State Bar No. 00789539
    Email: epeabody@hannaplaut.com

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2016, a true and correct copy of this document was filed via the Court's ECF system pursuant to LR5.1. The notice of electronic filing generated by the ECT system constitutes service of the document on counsel who are registered users of the system. Any other counsel of record will be served pursuant to FRCP 5(b) on this same date.

Chester J. Makowski
C. Scott Kinzel
Plavnicky Kinzel Makowski LLP
5300 Memorial Drive, Suite 675
Houston, Texas 77007
*Attorneys for Plaintiff*

/s/ *Catherine L. Hanna*
Catherine L. Hanna