IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| NATIONAL UNION FIRE INSURANCE | § | |
| COMPANY OF PITTSBURGH, P.A. | § | |
| | § | |
| VS. | § | Civil No. 4:15-CV-586-Y |
| | § | |
| WAUSAU UNDERWRITERS INSURANCE | § | |
| COMPANY, ET AL. | § | |

ORDER GRANTING JOINT MOTION TO DISMISS

Before the Court is the parties' joint motion to dismiss Plaintiff's claims in this case (doc. 28). After review, the Court GRANTS the motion.

Plaintiff's claims against Defendants are hereby DISMISSED WITH PREJUDICE. Each party shall bear its own costs under 28 U.S.C. § 1920.

SIGNED August 11, 2016.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

TRM/ah