IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| NATIONAL UNION FIRE INSURANCE | § | |
| COMPANY OF PITTSBURGH, P.A. | § | |
| | § | |
| VS. | § | Civil No. 4:15-CV-586-Y |
| | § | |
| WAUSAU UNDERWRITERS INSURANCE | § | |
| COMPANY, ET AL. | § | |

## FINAL JUDGMENT

In accordance with the Court's order of dismissal filed this day, it is the judgment of the Court that Plaintiff's claims are DISMISSED WITH PREJUDICE.

Each party shall bear its own costs under 28 U.S.C. § 1920.

SIGNED August 11, 2016.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

TRM/ah